CJF5.22.19
PCM/MCH: 2019R00314

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 MAY 23 PM 4: 17

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. DKC-19-0263 |
| MUSA WITHERSPOON, | * (Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1); Forfeiture, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |
| Defendant | |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about April 3, 2019, in the District of Maryland, the defendant,

**MUSA WITHERSPOON,**

possessed in and affecting commerce a firearm and ammunition, that is, a .25 caliber Galesi-Brescia, model 9, semi-automatic pistol, serial number 471723 and four rounds of .25 caliber Auto ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and did so knowingly.

18 U.S.C. § 922(g)

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about April 16, 2019, in the District of Maryland, the defendant,

### MUSA WITHERSPOON,

possessed in and affecting interstate commerce a firearm and ammunition, that is, a .45 caliber Glock Model 21, semi-automatic pistol with serial number DAT209US and 13 rounds of .45 caliber Auto ammunition, 12 rounds of Winchester ammunition, and one WIN jacketed flat point ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and did so knowingly.

18 U.S.C. § 922(g)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One and Two of the Indictment.

2. As a result of the offense alleged in Count One and Two of this Indictment, the defendant,

### MUSA WITHERSPOON,

shall forfeit to the United States the firearm involved in the commission of the offense a a .25 caliber Galesi-Brescia, model 9, semi-automatic pistol, serial number 471723 and four rounds of .25 caliber Auto ammunition; and a .45 caliber Glock Model 21, semi-automatic pistol with serial number DAT209US and 13 rounds of .45 caliber Auto ammunition, 12 rounds of Winchester ammunition, and one WIN jacketed flat point ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

Robert Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

5/23/19
Date